In the Matter of the Claim of JOSEPH GLOWNEY, Respondent, against STATLER'S RESTAURANT et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Submitted November 13, 1944; decided November 22, 1944.

*Clarence B. Tippett* for motion.

No one opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the proceeding within the meaning of the Constitution.